CASTRO_J.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 99-00045 |
| Plaintiff, | |
| vs. | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| JOSEPH ALDAN CASTRO, | |
| Defendant, | |
| DICK PACIFIC CONSTRUCTION CO., | |
| Garnishee. | |

On or about April 4, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about September 29, 2005, final payment

//
//
//
//
//
//

was received. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant JOSEPH ALDAN CASTRO.

DATED this \_\_3rd\_\_ day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney