CASTRO_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ALDAN CASTRO,<br><br>Defendant, | CRIMINAL CASE NO. 99-00045<br><br><br><br>**O R D E R** |
| DICK PACIFIC CONSTRUCTION CO.,<br><br>Garnishee. | |

Based upon the Plaintiff's, Motion to Terminate Writ of Continuing Garnishment, the Court hereby orders the Writ of Continuing Garnishment terminated.

DATED this 5th day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**

Case 1:99-cr-00045   Document 83   Filed 10/05/2005   Page 1 of 1