CASTRO_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH ALDAN CASTRO, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> DICK PACIFIC CONSTRUCTION CO., ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 99-00045 <br><br><br> **O R D E R** |

Based upon the Plaintiff's, Motion to Terminate Writ of Continuing Garnishment, the Court hereby orders the Writ of Continuing Garnishment terminated.

SO ORDERED this ___ day of October 2005.

_____
LLOYD D. GEORGE
United States District Judge

---

*The Honorable Lloyd D. George, United States Senior District Judge for the Western District of Washington, sitting by designation