ORIGINAL

CASTRO_J.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ALDAN CASTRO, <br><br> Defendant, <br><br> DICK PACIFIC CONSTRUCTION CO., <br><br> Garnishee. | CRIMINAL CASE NO. 99-00045 <br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment; Order** and **Final Accounting Upon Termination Writ of Continuing Garnishment; Order** were sent to the defendant and garnishee by mail on ___October 7, 2005___.

MICHELLE PEREZ