ORIGINAL

CASTRO_J.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH ALDAN CASTRO, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> DICK PACIFIC CONSTRUCTION CO., ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 99-00045 <br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Order** filed October 7, 2005 was sent to the defendant and garnishee by mail on October 7, 2005.

*Michelle Perez*
MICHELLE PEREZ