
FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **99-00045** |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **JOSEPH ALDAN CASTRO,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **RICHARD ARENS** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to May 16, 2001.

Dated this 25th day of October, 2006.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL